IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHA' SHONEE SOLOMON,

    Plaintiff,                       No. CIV S-07-0327 MCE DAD P

    vs.

MATHEW C. KRAMER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On December 3, 2007, plaintiff filed a document styled, "Motion For A Certificate Of Appealability To Appeal The Denial Of Petition For Writ Of Habeas Corpus." This civil rights action was closed on November 21, 2007 and plaintiff has filed a notice of appeal. Plaintiff is advised that no certificate of appealability is required to appeal the dismissal of his civil rights case.

        Therefore, IT IS HEREBY ORDERED that plaintiff's December 3, 2007 motion for a certificate of appealability is denied.

DATED: January 16, 2008.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:4
solo0327.app